**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

RONDA RICHELL HINES

Case No: 17–43666 – MER

Debtor(s)

Chapter 13 Case

**NOTICE RE: DISBARRED ATTORNEY**

On 6/9/21, the U.S. District Court for the District of Minnesota entered an order disbarring debtor's attorney of record Howard S. Kleyman, from practice before that Court, effective 6/9/21.

With limited exceptions not applicable here, only those attorneys admitted to practice before the U.S. District Court for the District of Minnesota may practice before the U.S. Bankruptcy Court for the District of Minnesota, and, therefore, the disbarment order entered by the District Court operates to suspend Howard S. Kleyman from practice before the Bankruptcy Court.

As a result of Howard S. Kleyman's disbarment, he or she may not continue to represent parties in this case. Accordingly, effective as of 6/9/21, Howard S. Kleyman's privileges as a filing user to the Bankruptcy Court's CM/ECF system are disabled.

Pursuant to the terms of the Order of disbarment entered by the Minnesota Supreme Court, Howard S. Kleyman must provide notice of his or her disbarment to clients and opposing counsel. A Notice of Appearance by substitute counsel or a letter advising of the debtor's decision to proceed without counsel should be filed in this case as soon as possible.

Dated: 6/10/21

Lori Vosejpka
Clerk, United States Bankruptcy Court


By: KellieG
Deputy Clerk


**mnbdbaty 1/18–A**